In the Matter of the Application of CHARLES B. BARFIELD, for an Order Directing the BOARD OF ELECTIONS, etc., to Receive and File Certificates of Nomination, etc. Member of Assembly, Twenty-second Assembly District. — Motion granted, and the order will contain this provision and no other: Ordered that this court certifies that in its opinion a question of law is involved in this proceeding which ought to be reviewed by the Court of Appeals. Present — Stapleton, Rich, Putnam and Blackmar, JJ. Order to be settled before Mr. Justice Stapleton.

In the Matter of the Application of CHARLES J. MOORE, for an Order Directing the BOARD OF ELECTIONS, etc., to Receive and File Certificates of Nomination, etc. Alderman of the City of New York, Fifty-eighth District. — Motion granted, and the order will contain this provision and no other: Ordered that this court certifies that in its opinion a question of law is involved in this proceeding which ought to be reviewed by the Court of Appeals. Present — Stapleton, Rich, Putnam and Blackmar, JJ. Order to be settled before Mr. Justice Stapleton.

In the Matter of the Application of EDWARD A. RICHARDS and CHARLES S. FORBELL, etc. In the Matter of the Application of HARRISON C. GLORE, etc.— Motion granted, and the order will contain this provision and no other: Ordered that this court certifies that in its opinion a question of law is involved in this proceeding which ought to be reviewed by the Court of Appeals. Present — Stapleton, Rich, Putnam and Blackmar, JJ. Order to be settled before Mr. Justice Stapleton.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

J. MILTON HAGY WASTE WORKS, Respondent, v. RICHMOND ROCHESTER, Appellant.— Application denied, with ten dollars costs.

HERMAN HEMMERDINGER and Another, Doing Business under the Firm Name, etc., of J. H. HEMMERDINGER'S SONS, Appellant, v. GEORGE WEISS & SONS, INC., Respondent.— Application denied, with ten dollars costs.

FOURTH DEPARTMENT, OCTOBER, 1917.

EMMA B. DAVIS, Appellant, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent.

*Insurance — notice of cancellation of policy.*

Appeal by the plaintiff from a judgment of the Supreme Court, entered in the Erie county clerk's office February 13, 1917, dismissing the plaintiff's complaint upon a verdict directed by the court at the Erie Trial Term, and also from an order entered April 24, 1917, denying the plaintiff's motion to set aside the verdict and for a new trial upon the minutes of the court.

PER CURIAM: The trial court directed a verdict for defendant upon two grounds: *First*, that the provisions of section 92 of the Insurance